JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-04579-MCS-SHK | Date | September 28, 2021 |
| Title | Terry Fabricant v. Laser Foot Surgery Centers LLC et al | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER OF DISMISSAL FOR LACK OF PROSECUTION (JS-6)**

On September 17, 2021, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution.  The Court advised plaintiff that it will consider an answer by the defendant or an application for entry of default as an appropriate response to this Order to Show Cause, on or before September 24, 2021.  Plaintiff has failed to comply.  Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.